DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| MCLENITHAN, MATTHEW J., | ) | CASE NO. 2-08-bk-02157-SSC |
| Debtor(s) | ) | PETITION TO PAY DIVIDEND IN AMOUNT LESS THAN $5.00 TO THE CLERK OF THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 7 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $4.40 |
| 8 | Western National Bank<br>c/o William Scott Jenkins, Jr.<br>Ryley Carlock & Applewhite<br>One North Central Avenue, Suite 1200<br>Phoenix, Arizona 85003 | $3.13 |

*June 3, 2010*  *    /s/ David M. Reaves*
DATE      David M. Reaves, Trustee