DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| MCLENITHAN, MATTHEW J. | ) | CASE NO. 08-02157-SSC |
| | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | American Express Bank, FSB<br>c/o Phillips and Cohen Associates, LTD<br>258 Chapman Rd, Ste 205<br>Newark DE 19702 | $0.49 |
| 3 | Kenowa Municipal Federal Credit Union<br>1905 28th Street S.W.<br>Wyoming MI 49519 | $2.29 |
| 10 | FNB Omaha<br>1620 Dodge St.<br>Omaha NE 68197 | $2.67 |

*June 29, 2010*

DATE

*/s/ David M. Reaves*

David M. Reaves, Trustee